United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Allen Baxter, III  
    Debtor

Case No. 19-16493-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Dec 17, 2019  
                              Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.  
db           +Allen Baxter, III,    6923 Greenway Avenue,    Philadelphia, PA 19142-1117  
              +Saks Fifth Avenue, LLC,    225 Liberty Street,    New York, NY 10281-1058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:  
           DAVID M. OFFEN    on behalf of Debtor Allen  Baxter, III dmo160west@gmail.com,  
            davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
           THOMAS YOUNG.HAE SONG    on behalf of Creditor    LOANDEPOT.COM, LLC paeb@fedphe.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                         TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Allen  Baxter, III | : Case No. 19-16493 |
| xxx-xx-9829 | |
| Debtor | |

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

<u>$481.25 EVERY WEEK.</u>

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

DATED: **December 17, 2019**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>
William C. Miller, Trustee
P.O. Box 1799
Memphis, TN  38101-1799

David M. Offen Esq.
Suite 160 West, Curtis Ctr.
Philadelphia, PA 19106
(215) 625-9600

Payroll Controller
Saks Fifth Avenue, LLC
225 Liberty Street
New York, NY 10281