**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| ALLEN BAXTER, III | : | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-16493AMC |

## **P R A E C I P E**

Kindly withdraw Docket No 22 docketed **IN ERROR**.

Respectfully submitted,

/s/ William C. Miller

Date:  February 14, 2020

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee