United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-16493-amc
Allen Baxter, III                                                               Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP            Page 1 of 3            Date Rcvd: Feb 18, 2020
                               Form ID: 160            Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
```
db        +Allen Baxter, III,   6923 Greenway Avenue,   Philadelphia, PA 19142-1117
cr        +MIDFIRST BANK,   c/o REBECCA ANN SOLARZ,   701 Market Street, Suite 5000,
           Philadelphia, PA 19106-1541
14406190  +Bureau of Account Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
           Camp Hill, PA 17001-8875
14428108  +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
14406193  +CarMax Auto Finance,   Attn: Bankruptcy,   Po Box 440609,   Kennesaw, GA 30160-9511
14408361  +CarMax Auto Finance dba CarMax Business Services,,   225 Chastain Meadows Court,,   Suite 210,
           Kennesaw, GA 30144-5942
14406198   City of Philadelphia Pioneer,   Lockbox #1687,   PO Box 8500,   Philadelphia, PA 19178-1687
14406201   City of Wilmington, Delaware,   Department of Finance,   P.O. Box 15377,
           Wilmington, DE 19850-5377
14406206   Delaware Dept. of Transportation,   Payment Processing Center,   P.O. Box 697,
           Dover, DE 19903-0697
14406207  +Deptartment Store National Bank/Macy's,   Attn: Bankruptcy,   9111 Duke Boulevard,
           Mason, OH 45040-8999
14406209  +JP Morgan Chase Bank,   201 N. Central Avenue,   Phoenix, AZ 85004-0905
14418198   LOANDEPOT.COM,   C/O Thomas Song, Esq,   1617 JFK Boulevard, Suite 1400,
           One Penn Center Plaza,   Philadelphia, PA 19103
14441634  +LOANDEPOT.COM, LLC,   CENLAR FSB,   BK Department,   425 PHILLIPS BLVD.,   EWING NJ 08618-1430
14418230  +LOANDEPOT.COM, LLC,   c/o THOMAS YOUNG.HAE SONG,   Phelan Hallinan Diamond & Jones, LLP,
           1617 JFK Blvd.,   Suite 1400,   Philadelphia, PA 19103-1814
14441985  +Lending Club Corporation,   595 Market Street,   Suite 200,   San Francisco, CA 94105-2807
14406210  +LendingClub,   Attn: Bankruptcy,   595 Market St, Ste 200,   San Francisco, CA 94105-2807
14406211   Liberty Mutual Group,   PO Box 1452,   New York, NY 10116-1452
14442456  +MIDFIRST BANK,   c/o REBECCA ANN SOLARZ,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
           Philadelphia, PA 19106-1541
14406217  +MKT,   627 N. Market Street,   Wilmington, DE 19801-3161
14440798  +MidFirst Bank,   999 Northwest Grand Boulevard,   Oklahoma City, OK 73118-6051
14438823  +Midland Credit Management, Inc.,   PO Box 2037,   Warren, MI 48090-2037
14406215   Midland Credit Management, Inc.,   P.O. Box 301030,   Los Angeles, CA 90030-1030
14406216  +Midland Mortgage Co,   Attn: Customer Service/Bankruptcy,   Po Box 26648,
           Oklahoma City, OK 73126-0648
14406220  +New Castle Cnty Scl Ef,   113 W 6th St,   New Castle, DE 19720-5070
14406221   PA Dept of Revenue,   PO Box 280948,   Harrisburg, PA 17128-0948
14406223  +PGW,   Credit and Collections Department,   800 W. Montgomery Avenue, 3rd Floor,
           Philadelphia, PA 19122-2806
14406222  +Pennsylvania Turnpike Commission,   Violation Processing Center,   300 East Park Drive,
           Harrisburg, PA 17111-2729
14406224  +Philadelphia Traffic Court,   P.O. Box 12866,   Philadelphia, PA 19176-0866
14406225   Pioneer Credit Recovery, Inc.,   P.O. Box 187,   Arcade, NY 14009-0187
14406226  +Police & Fire Federal CU,   Attn: Bankruptcy Dept,   901 Arch Street,
           Philadelphia, PA 19107-2495
14454026  +Police and Fire Federal Credit Union,   Greenwood One,   3333 Street Road,
           Bensalem, PA 19020-2022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2020 18:18:17     LVNV Funding LLC,
            c/o Resurgent Capital Services,   P.O. Box 10587,   GREENVILLE, SC  29603-0587
14406188  +E-mail/Text: backoffice@affirm.com Feb 18 2020 18:17:44     Affirm Inc,   Affirm Incorporated,
            Po Box 720,   San Francisco, CA 94104-0720
14406189   E-mail/Text: kristin.villneauve@allianceoneinc.com Feb 18 2020 18:15:46
            Alliance One Receivable Management,   PO Box 3106,   Southeastern, PA 19398-3106
14406195   E-mail/Text: megan.harper@phila.gov Feb 18 2020 18:17:21     City of Philadelphia,
            Dept. of Revenue,   P.O. Box 1630,   Philadelphia, PA 19105-1630
14406197   E-mail/Text: megan.harper@phila.gov Feb 18 2020 18:17:21     City of Philadelphia - Law Dept.,
            One Parkway Bldg.,   1515 Arch Street, 14th Fl,   Philadelphia, PA 19107
14406200   E-mail/Text: megan.harper@phila.gov Feb 18 2020 18:17:22
            City of Philadelphia, Law Department,   Municipal Services Building,
            1401 JFK Boulevard, 5th Floor,   Philadelphia, PA 19102
14406191  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 18 2020 18:18:33     Capital One,
            Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14406192  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 18 2020 18:18:33     Capital One / Saks F,
            Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14406196  +E-mail/Text: bankruptcy@philapark.org Feb 18 2020 18:17:38     City of Philadelphia,
            Parking Violations Branch,   P.O. Box 41818,   Philadelphia, PA 19101-1818
14406194   E-mail/Text: megan.harper@phila.gov Feb 18 2020 18:17:21     City of Philadelphia,
            Department of Revenue,   P.O. Box 148,   Philadelphia, PA 19105-0148
14406199  +E-mail/Text: megan.harper@phila.gov Feb 18 2020 18:17:22
            City of Philadelphia, Dept. of Revenue,   Municipal Services Building Concourse,
            1401 John F. Kennedy Blvd.,   Philadelphia, PA 19102-1617
14406202   E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 18 2020 18:16:48     Comenity - Overstock.com,
            PO Box 659707,   San Antonio, TX 78265-9707
```

```
District/off: 0313-2          User: PaulP          Page 2 of 3          Date Rcvd: Feb 18, 2020
                              Form ID: 160         Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14406203        +E-mail/Text: convergent@ebn.phinsolutions.com Feb 18 2020 18:17:18
                 Convergent Outsourcing, Inc.,    Po Box 9004,    Renton, WA 98057-9004
14406205         E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 18 2020 18:17:41
                 Credit Collection Services,    Payment Processing Center,    P.O. Box 55126,
                 Boston, MA 02205-5126
14406204        +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 18 2020 18:17:41
                 Credit Collection Services,    Po Box 710,    Norwood, MA 02062-0710
14441641         E-mail/Text: bnc-quantum@quantum3group.com Feb 18 2020 18:16:49
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14406208        +E-mail/Text: cio.bncmail@irs.gov Feb 18 2020 18:16:44      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14411963         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2020 18:18:17       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14406213        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2020 18:18:17
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
14406214        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2020 18:18:38
                 LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
14406212        +E-mail/Text: bknotification@loandepot.com Feb 18 2020 18:17:41       Loandepot.com,
                 Attn: Bankruptcy Dept,    26642 Towne Center Dr.,    Foothill Ranch, CA 92610-2808
14406218        +E-mail/Text: bankruptcydepartment@tsico.com Feb 18 2020 18:17:37       NCC Business Svcs Inc,
                 Attn: Bankruptcy,    9428 Baymeadows Rd. Suite 200,    Jacksonville, FL 32256-7912
14435409         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2020 18:18:53
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14418984         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2020 18:16:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14409701        +E-mail/Text: bankruptcy@philapark.org Feb 18 2020 18:17:38       Philadelphia Parking Authority,
                 701 Market St, Suite 5400,    Philadelphia, PA 19106-2895
14406227         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2020 18:18:56
                 Resurgent Capital Services,    PO Box 10497,    Greenville, SC 29603-0497
14406228        +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2020 18:18:50       Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14406230        +E-mail/Text: bankruptcydepartment@tsico.com Feb 18 2020 18:17:37       Transworld Systems, Inc.,
                 500 Virginia Drive,    Suite 514,    Fort Washington, PA 19034-2733
                                                                                          TOTAL: 28


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14454025*        LVNV Funding LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC,    29603-0587
14406219*       +NCC Business Svcs Inc,    Attn: Bankruptcy,    9428 Baymeadows Rd. Suite 200,
                 Jacksonville, FL 32256-7912
14406229        ##+The Anastasio Law Firm, LLC,    1221 Locust Street,    Suite 201,    Philadelphia, PA 19107-5570
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
             DAVID M. OFFEN   on behalf of Debtor Allen  Baxter, III dmo160west@gmail.com,
             davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
             JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
             ecfemails@phl3trustee.com
             JEROME B. BLANK   on behalf of Creditor    LOANDEPOT.COM, LLC paeb@fedphe.com
```

```
District/off: 0313-2          User: PaulP              Page 3 of 3             Date Rcvd: Feb 18, 2020
                              Form ID: 160             Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
            REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
            THOMAS YOUNG.HAE SONG    on behalf of Creditor    LOANDEPOT.COM, LLC paeb@fedphe.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
             philaecf@gmail.com
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 8
```

### UNITED STATESBANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Allen Baxter, III

      Debtor(s)

Case No: 19−16493−amc

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,


on: 4/28/20

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

     900 Market Street
     Suite 400
     Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.


Dated: 2/18/20

       For The Court

       Timothy B. McGrath
       Clerk of Court