**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  **Allen Baxter, III**          )     **Chapter 13**
          **Debtor**                    )
                                        )     **No. 19-16493-AMC**
                                        )
                                        )

**<u>CERTIFICATION OF NO RESPONSE</u>**

    **I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.**

                                   **<u>/s/David M. Offen</u>**
                                   **David M. Offen**
                                   **Attorney for Debtor(s)**

**Date:2/21/20**