**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                Case No. 19-16493-amc
                                                                              Chapter 13

Allen Baxter, III

Debtor(s).

## NOTICE OF APPEARANCE

**loanDepot.com, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire
Stern & Eisenberg Mid-Atlantic, PC
500 Creek View Road
Suite 304
Newark, DE 19711**

By:     _/s/ Daniel P. Jones, Esquire_
          Daniel P. Jones, Esquire,
          Bar No: 321876
          Stern & Eisenberg Mid-Atlantic, PC
          500 Creek View Road
          Suite 304
          Newark, DE 19711
          Phone: (302) 731-7200
          Fax: (302) 731-7211
          djones@sterneisenberg.com
          Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 6th day of November, 2020, to the following:

David M. Offen
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
dmo160west@gmail.com
*Attorney for Debtor(s)*


William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com
*Chapter 13 Trustee*


U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*



and by standard first class mail postage prepaid to:

Allen Baxter, III
6923 Greenway Avenue
Philadelphia, PA 19142

*Debtor(s)*


                                          By:      */s/Daniel P. Jones, Esquire*