*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Allen Baxter, III
    Debtor(s)

Case No: 19–16493–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion to Dismiss Case for Failure to Make Plan Payments , Motion to Dismiss Case. see attached motion Filed by WILLIAM C. MILLER, Esq. Represented by WILLIAM C. MILLER (Counsel).

on: 3/30/21

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/28/21

Timothy B. McGrath
Clerk of Court

48 – 34, 38
Form 167