United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Allen Baxter, III  
    Debtor

Case No. 19-16493-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Jan 28, 2021      Form ID: 167      Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Baxter, III, 6923 Greenway Avenue, Philadelphia, PA 19142-1117 |
| cr | + | MIDFIRST BANK, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14406190 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 14406193 | + | CarMax Auto Finance, Attn: Bankruptcy, Po Box 440609, Kennesaw, GA 30160-9511 |
| 14408361 | + | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144-5942 |
| 14406198 | | City of Philadelphia Pioneer, Lockbox #1687, PO Box 8500, Philadelphia, PA 19178-1687 |
| 14406201 | | City of Wilmington, Delaware, Department of Finance, P.O. Box 15377, Wilmington, DE 19850-5377 |
| 14406207 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14406206 | | Delaware Dept. of Transportation, Payment Processing Center, P.O. Box 697, Dover, DE 19903-0697 |
| 14418198 | | LOANDEPOT.COM, C/O Thomas Song, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14441634 | + | LOANDEPOT.COM, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14418230 | + | LOANDEPOT.COM, LLC, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14406211 | | Liberty Mutual Group, PO Box 1452, New York, NY 10116-1452 |
| 14442456 | + | MIDFIRST BANK, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14406217 | + | MKT, 627 N. Market Street, Wilmington, DE 19801-3161 |
| 14440798 | + | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14438823 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14406215 | | Midland Credit Management, Inc., P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 14406216 | + | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14406220 | + | New Castle Cnty Scl Ef, 113 W 6th St, New Castle, DE 19720-5070 |
| 14406221 | | PA Dept of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14406223 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14406222 | + | Pennsylvania Turnnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14406224 | + | Philadelphia Traffic Court, P.O. Box 12866, Philadelphia, PA 19176-0866 |
| 14406225 | | Pioneer Credit Recovery, Inc., P.O. Box 187, Arcade, NY 14009-0187 |
| 14406226 | + | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14454026 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14559139 | + | loanDepot.com, LLC, c/o Daniel P. Jones, Esq., Stern & Eisenberg Mid-Atlantic, PC, 500 Creek View Road, Suite 304, Newark, DE 19711-8549 |
| 14558861 | + | loanDepot.com, LLC, c/o Daniel P. Jones, Esquire, Stern & Eisenberg Mid-Atlantic, PC, 500 Creek View Road, Suite 304, Newark, DE 19711-8549 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 02:54:53 | LVNV Funding LLC, c/o Resurgent Capital |

Case 19-16493-amc    Doc 49    Filed 01/30/21    Entered 01/31/21 00:44:26    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 167 | Total Noticed: 65 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| 14406188 | + | Email/Text: backoffice@affirm.com | Jan 29 2021 01:49:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14406189 | | Email/Text: kristin.villneauve@allianceoneinc.com | Jan 29 2021 01:48:00 | Alliance One Receivable Management, PO Box 3106, Southeastern, PA 19398-3106 |
| 14406195 | | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | City of Philadelphia, Dept. of Revenue, P.O. Box 1630, Philadelphia, PA 19105-1630 |
| 14406197 | | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14485772 | | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14406200 | | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14484106 | | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14492255 | | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | Water Revenue Bureau, c/o Joshua Domer, Esq., Municipal Services Building, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14428108 | + | Email/Text: documentfiling@lciinc.com | Jan 29 2021 01:48:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14406191 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 02:57:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14406192 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 02:57:59 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14406194 | | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | City of Philadelphia, Department of Revenue, P.O. Box 148, Philadelphia, PA 19105-0148 |
| 14406196 | + | Email/Text: bankruptcy@philapark.org | Jan 29 2021 01:49:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14406199 | + | Email/Text: megan.harper@phila.gov | Jan 29 2021 01:49:00 | City of Philadelphia, Dept. of Revenue, Municipal Services Building Concourse, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 14406202 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2021 01:48:00 | Comenity - Overstock.com, PO Box 659707, San Antonio, TX 78265-9707 |
| 14406203 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 29 2021 01:49:00 | Convergent Outsourcing, Inc., Po Box 9004, Renton, WA 98057-9004 |
| 14406204 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 29 2021 01:49:00 | Credit Collection Services, Po Box 710, Norwood, MA 02062-0710 |
| 14406205 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 29 2021 01:49:00 | Credit Collection Services, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 14441641 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2021 01:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14406208 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2021 01:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14406209 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 29 2021 02:54:49 | JP Morgan Chase Bank, 201 N. Central Avenue, Phoenix, AZ 85004 |
| 14411963 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 02:58:02 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 19-16493-amc   Doc 49   Filed 01/30/21   Entered 01/31/21 00:44:26   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 167 | Total Noticed: 65 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14406214 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 02:56:28 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14406213 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 02:58:01 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14441985 | + | Email/Text: Documentfiling@lciinc.com | Jan 29 2021 01:48:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 14406210 | + | Email/Text: Documentfiling@lciinc.com | Jan 29 2021 01:48:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 14406212 | + | Email/Text: bknotification@loandepot.com | Jan 29 2021 01:49:00 | Loandepot.com, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 14440798 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jan 29 2021 02:56:25 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14406216 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jan 29 2021 02:54:50 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14406218 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 29 2021 01:49:00 | NCC Business Svcs Inc, Attn: Bankruptcy, 9428 Baymeadows Rd. Suite 200, Jacksonville, FL 32256-7912 |
| 14435409 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2021 02:58:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14418984 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2021 01:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14409701 | + | Email/Text: bankruptcy@philapark.org | Jan 29 2021 01:49:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14406227 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 02:54:53 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14406228 | | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 02:56:27 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406230 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 29 2021 01:49:00 | Transworld Systems, Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14454025 | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 14406219 | *+ | NCC Business Svcs Inc, Attn: Bankruptcy, 9428 Baymeadows Rd. Suite 200, Jacksonville, FL 32256-7912 |
| 14406229 | ##+ | The Anastasio Law Firm, LLC, 1221 Locust Street, Suite 201, Philadelphia, PA 19107-5570 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

Case 19-16493-amc    Doc 49    Filed 01/30/21    Entered 01/31/21 00:44:26    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 167 | Total Noticed: 65 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor LOANDEPOT.COM LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Allen Baxter III dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor LOANDEPOT.COM LLC paeb@fedphe.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov karena.blaylock@phila.gov |
| MARIO J. HANYON | on behalf of Creditor LOANDEPOT.COM LLC wbecf@brockandscott.com, wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor LOANDEPOT.COM LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Allen Baxter, III
    Debtor(s)

Case No: 19−16493−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion to Dismiss Case for Failure to Make Plan Payments , Motion to Dismiss Case. see attached motion Filed by WILLIAM C. MILLER, Esq. Represented by WILLIAM C. MILLER (Counsel).

on: 3/30/21

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 1/28/21

For The Court

Timothy B. McGrath
Clerk of Court

48 − 34, 38
Form 167