**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>　　ALLEN BAXTER III<br>　　　　Debtor(s)<br>　　LOANDEPOT.COM, LLC<br>　　　　Movant<br>　　v.<br>　　ALLEN BAXTER III<br>　　　　Debtor(s)<br>　　WILLIAM C. MILLER, ESQ.<br>　　　　Trustee<br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 19-16493-amc |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

　　loanDepot.com, LLC has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) in order to proceed with its rights under non-bankruptcy law with regard to the Property, located at 140 Wedgefield Drive, New Castle, DE 19720.

　　Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 5, 2021, you or your attorney must do all of the following:

　　(a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

| In Philadelphia: | In Reading: |
|---|---|
| 900 Market Street, Suite 400<br>Philadelphia, PA 19107-4299 | 201 Penn Street, Suite 103<br>The Madison Building, Suite 300<br>Reading, PA 19601 |

　　If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　(b) mail a copy to movant's attorney:

                                Daniel P. Jones
                                Stern & Eisenberg, PC
                                1581 Main Street, Ste. 200
                                Warrington, PA 18976
                                djones@sterneisenberg.com

and to the Trustee:     William C. Miller, Esq.
                                Ch. 13 Trustee
                                P.O. Box 40837
                                Philadelphia, PA 19107

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on October 19, 2021 at 11:00AM in Courtroom Number 4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

                                                  STERN & EISENBERG, PC

                                                  *By: /s/ Daniel P. Jones*
                                                  Daniel P. Jones
                                                  Bar Number: 321876
Date: September 21, 2021                   Email: djones@sterneisenberg.com