IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Allen Baxter III<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 19-16493-amc |

## CERTIFICATE OF NO RESPONSE

    I, Daniel P. Jones, attorney for LoanDepot.com, LLC C/O Cenlar FSB, hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

    In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion for Relief from the Automatic Stay with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by October 5, 2021. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

                                                               STERN & EISENBERG, PC

                                                               By: /s/Daniel P. Jones
                                                               Daniel P. Jones, Esquire
                                                               Bar Number: 321876
                                                                djones@sterneisenberg.com
                                                                Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Allen Baxter III<br><br>      Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 19-16493-amc |

## CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on October 19, 2021 via First Class Mail.

David M. Offen
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
dmo160west@gmail.com
**Counsel for Debtor**

William C. Miller, Esq.
P.O. Box 40837
Philadelphia, PA 19107
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street, uite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

Jack K Miller
The Bouse Bldg.
111 S. Independence Mall E.
Philadelphia, PA 19106
philaecf@gmail.com
**Bankruptcy Trustee Attorney**

and by standard first-class mail postage prepaid to:

Allen Baxter III
6923 Greenway Avenue
Philadelphia, PA 19142
**Debtor(s)**

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant