# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    ALLEN BAXTER III<br>        Debtor(s)<br>    LOANDEPOT.COM, LLC<br>        Movant<br>    v.<br>    ALLEN BAXTER III<br>        Debtor(s)<br>    WILLIAM C. MILLER, ESQ.<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 19-16493-amc |

## ORDER

AND NOW, upon the motion of loanDepot.com, LLC, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, loanDepot.com, LLC (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  140 WEDGEFIELD DRIVE, NEW CASTLE, DE 19720.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____

**Date: October 21, 2021**

UNITED STATES BANKRUPTCY JUDGE