```
           IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                :    CHAPTER 13
                           :
     Allen Baxter, III     :    No.  19-16493-AMC
           Debtor          :
```

ANSWER TO MOTION OF MIDFIRST BANK
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
<u>AND CERTIFICATE OF SERVICE</u>

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

8. Denied.

9. Denied.

10  No response is required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief

<u>/s/ David M. Offen</u>
David M. Offen
Attorney for Debtor

Dated: 01/12/2022

A copy of this Answer is being served on Rebecca Ann Solarz, Esquire, and the Chapter 13 Trustee.