United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16493-amc |
| Allen Baxter, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Baxter, III, 6923 Greenway Avenue, Philadelphia, PA 19142-1117 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 15, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor LOANDEPOT.COM  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Allen Baxter  III dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor LOANDEPOT.COM  LLC paeb@fedphe.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 1

MARIO J. HANYON
    on behalf of Creditor LOANDEPOT.COM  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor LOANDEPOT.COM  LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------x
In re                                    :
                                         :    Chapter 13
ALLEN BAXTER, III,                       :
                                         :    Bankruptcy No. 19-16493 (AMC)
                        Debtor.          :
---------------------------------------------------x

## STIPULATION RESOLVING DEBTOR'S OBJECTIONS TO THE CITY OF PHILADELPHIA'S PROOF OF CLAIM

Allen Baxter, III (the "Debtor") and the City of Philadelphia (the "City"), to resolve the Debtor's objection to the City's Proof of Claim #18-1, hereby agree to this Stipulation Resolving Debtor's Objections to the City of Philadelphia's Proof of Claim (the "Stipulation"):

WHEREAS, the Debtor commenced the above-captioned bankruptcy case on October 16, 2019;

WHEREAS, on March 19, 2020, the City filed proof of claim number 18 in the total amount of Twenty Thousand Eight Hundred Fifty-Seven Dollars and Twenty-Seven Cents ($20,857.27) (the "Claim");

WHEREAS, the Claim includes Real Estate Taxes totaling One Thousand Thirteen Dollars and Forty-Five Cents ($1,013.45);

WHEREAS, the Claim includes Earnings Taxes totaling Nineteen Thousand Eight Hundred Forty-Three Dollars and Eighty-Two Cents ($19,843.82);

WHEREAS, prior to filing bankruptcy, the Debtor had also failed to file Business Income and Receipts Tax ("BIRT") and Net Profits Tax ("NPT") returns for 2014 through 2017;

WHEREAS, on January 18, 2021, the Debtor asserted objections to the Claim ("Objection") [Docket Nos. 45];

NOW, THEREFORE, in consideration of the background set forth above and the terms and conditions of this Stipulation as more fully set forth below, the Debtor and the City (collectively referred to as the "Parties") agree to be bound and do hereby stipulate as follows:

1. The Parties wish to amicably resolve the Debtor's Objection.

2. The City will abate the claim for Earnings Taxes in the amount of Nineteen Thousand Eight Hundred Forty-Three Dollars and Eighty-Two Cents ($19,843.82).

3. The Real Estate Taxes shall be adjusted to an allowed secured claim in the total amount of Two Thousand One Hundred Forty-Five Dollars and Fourteen Cents ($2,145.14).

4. The NPT for 2014 through 2017 shall be assessed as an allowed unsecured claim in the total amount of One Thousand Six Hundred Dollars and Ninety-Three Cents ($1,600.93).

5. Within twenty (20) days of this Stipulation receiving approval by this Honorable Court, the City shall amend the Claim to reflect the adjustments noted in paragraphs 2 through 4 (the "Amended Claim").

6. Debtor shall amend their Plan to provide for payment in full of the Amended Claim, including post-petition interest as applicable.

7. The terms of this Stipulation shall not be binding upon the City should this case be dismissed or converted to a case under Chapter 7 of the Bankruptcy Code.

[The remainder of the page is intentionally blank.]

Respectfully submitted,

Date: 07/08/2022                  /s/ *David M. Offen*
                                          David M. Offen, Esq.
                                          Attorney for the Debtor

Date: 07/08/2022                  /s/ *Joshua Domer*
                                          Joshua Domer, Esq.
                                          Assistant City Solicitor
                                          Attorney for the City of Philadelphia

Trustee: No objection, without prejudice to any Trustee rights or remedies.

Date: 07/11/2022                  /s/ *Jack Miller*
                                          Office of the Chapter 13 Standing Trustee

    AND NOW, this _____ day of _____, 2022, upon consideration of the Stipulation between Allen Baxter, III, and the City of Philadelphia, it is hereby ORDERED that the Stipulation is approved.

**Date: July 13, 2022**
                                         HONORABLE ASHELY M. CHAN
                                         U.S. BANKRUPTCY JUDGE