*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Allen Baxter, III
    Debtor(s)

Case No: 19–16493–amc

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 11/29/22 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court

101
Form 152