United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16493-amc |
| Allen Baxter, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 28, 2022 | Form ID: 152 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Baxter, III, 6923 Greenway Avenue, Philadelphia, PA 19142-1117 |
| 14406190 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 14406198 | | City of Philadelphia Pioneer, Lockbox #1687, PO Box 8500, Philadelphia, PA 19178-1687 |
| 14406201 | | City of Wilmington, Delaware, Department of Finance, P.O. Box 15377, Wilmington, DE 19850-5377 |
| 14406206 | | Delaware Dept. of Transportation, Payment Processing Center, P.O. Box 697, Dover, DE 19903-0697 |
| 14418198 | | LOANDEPOT.COM, C/O Thomas Song, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14441634 | + | LOANDEPOT.COM, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14418230 | + | LOANDEPOT.COM, LLC, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14406211 | | Liberty Mutual Group, PO Box 1452, New York, NY 10116-1452 |
| 14442456 | + | MIDFIRST BANK, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14406217 | + | MKT, 627 N. Market Street, Wilmington, DE 19801-3160 |
| 14406220 | + | New Castle Cnty Scl Ef, 113 W 6th St, New Castle, DE 19720-5070 |
| 14406221 | | PA Dept of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14406223 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14406222 | + | Pennsylvania Turnnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14406224 | + | Philadelphia Traffic Court, P.O. Box 12866, Philadelphia, PA 19176-0866 |
| 14406225 | | Pioneer Credit Recovery, Inc., P.O. Box 187, Arcade, NY 14009-0187 |
| 14406226 | + | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14454026 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14406229 | + | The Anastasio Law Firm, LLC, 1221 Locust Street, Suite 201, Philadelphia, PA 19107-5570 |
| 14559139 | + | loanDepot.com, LLC, c/o Daniel P. Jones, Esq., Stern & Eisenberg Mid-Atlantic, PC, 500 Creek View Road, Suite 304, Newark, DE 19711-8549 |
| 14558861 | + | loanDepot.com, LLC, c/o Daniel P. Jones, Esquire, Stern & Eisenberg Mid-Atlantic, PC, 500 Creek View Road, Suite 304, Newark, DE 19711-8549 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 28 2022 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14406188 | + | Email/Text: backoffice@affirm.com | Sep 28 2022 23:25:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14406189 | | Email/Text: kristin.villneauve@allianceoneinc.com | Sep 28 2022 23:24:00 | Alliance One Receivable Management, PO Box 3106, Southeastern, PA 19398-3106 |
| 14406193 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 28 2022 23:25:00 | CarMax Auto Finance, Attn: Bankruptcy, Po Box 440609, Kennesaw, GA 30160 |
| 14408361 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 28 2022 23:25:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 14406195 | | Email/Text: megan.harper@phila.gov | Sep 28 2022 23:25:00 | City of Philadelphia, Dept. of Revenue, P.O. Box 1630, Philadelphia, PA 19105-1630 |
| 14406197 | | Email/Text: megan.harper@phila.gov | | |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | Sep 28 2022 23:25:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14485772 | Email/Text: megan.harper@phila.gov | Sep 28 2022 23:25:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14406200 | Email/Text: megan.harper@phila.gov | Sep 28 2022 23:25:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14484106 | Email/Text: megan.harper@phila.gov | Sep 28 2022 23:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14492255 | Email/Text: megan.harper@phila.gov | Sep 28 2022 23:25:00 | Water Revenue Bureau, c/o Joshua Domer, Esq., Municipal Services Building, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14428108 | + Email/Text: documentfiling@lciinc.com | Sep 28 2022 23:24:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14406191 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 23:33:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14406192 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 23:33:15 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14406194 | Email/Text: megan.harper@phila.gov | Sep 28 2022 23:25:00 | City of Philadelphia, Department of Revenue, P.O. Box 148, Philadelphia, PA 19105-0148 |
| 14406196 | + Email/Text: bankruptcy@philapark.org | Sep 28 2022 23:25:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14406199 | + Email/Text: megan.harper@phila.gov | Sep 28 2022 23:25:00 | City of Philadelphia, Dept. of Revenue, Municipal Services Building Concourse, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 14406202 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2022 23:25:00 | Comenity - Overstock.com, PO Box 659707, San Antonio, TX 78265-9707 |
| 14406203 | + Email/Text: convergent@ebn.phinsolutions.com | Sep 28 2022 23:25:00 | Convergent Outsourcing, Inc., Po Box 9004, Renton, WA 98057-9004 |
| 14406204 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 28 2022 23:25:00 | Credit Collection Services, Po Box 710, Norwood, MA 02062-0710 |
| 14406205 | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 28 2022 23:25:00 | Credit Collection Services, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 14406207 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2022 23:33:12 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14441641 | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2022 23:25:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14406208 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2022 23:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14406209 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 28 2022 23:33:15 | JP Morgan Chase Bank, 201 N. Central Avenue, Phoenix, AZ 85004 |
| 14411963 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2022 23:33:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14406214 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2022 23:33:10 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14406213 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2022 23:33:11 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14441985 | + | Email/Text: Documentfiling@lciinc.com | Sep 28 2022 23:24:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14406210 | + | Email/Text: Documentfiling@lciinc.com | Sep 28 2022 23:24:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 14406212 | + | Email/Text: bknotification@loandepot.com | Sep 28 2022 23:25:00 | Loandepot.com, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 14440798 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 28 2022 23:33:04 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14438823 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2022 23:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14406215 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2022 23:25:00 | Midland Credit Management, Inc., P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 14406216 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 28 2022 23:33:09 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14406218 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 28 2022 23:25:00 | NCC Business Svcs Inc, Attn: Bankruptcy, 9428 Baymeadows Rd. Suite 200, Jacksonville, FL 32256-7912 |
| 14435409 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2022 23:33:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14418984 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2022 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14409701 | + | Email/Text: bankruptcy@philapark.org | Sep 28 2022 23:25:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14406227 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2022 23:33:05 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14406228 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2022 23:33:16 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406230 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 28 2022 23:25:00 | Transworld Systems, Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14454025 | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 14406219 | *+ | NCC Business Svcs Inc, Attn: Bankruptcy, 9428 Baymeadows Rd. Suite 200, Jacksonville, FL 32256-7912 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2022         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor LOANDEPOT.COM  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Allen Baxter  III dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor LOANDEPOT.COM  LLC jblank@avallonelaw.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor LOANDEPOT.COM  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| THOMAS SONG | on behalf of Creditor LOANDEPOT.COM  LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Allen Baxter, III
    Debtor(s)

Case No: 19−16493−amc
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 11/29/22 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

101
Form 152