IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re:                                           :
                                                 :    In Chapter 13
      ALLEN BAXTER, III                          :
                                                 :    Bankruptcy No. 19-16493 (AMC)
                                        Debtor.  :
-------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #29) which was filed on April 7, 2020.

                    Respectfully submitted,

                    THE CITY OF PHILADELPHIA

Dated: November 24, 2022        By:   /s/ *Joshua Domer*
                    JOSHUA DOMER
                    Assistant City Solicitor
                    PA Attorney I.D. 319190
                    Attorney for the City of Philadelphia
                        and/or
                    Water Revenue Bureau
                    City of Philadelphia Law Department
                    Municipal Services Building
                    1401 JFK Boulevard, 5th Floor
                    Philadelphia, PA 19102-1595
                    215-686-0519 (phone)
                    Email: Joshua.Domer@phila.gov