United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Allen Baxter, III  
    Debtor

Case No. 19-16493-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 29, 2022      Form ID: 155      Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Baxter, III, 6923 Greenway Avenue, Philadelphia, PA 19142-1117 |
| 14406190 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 14406198 | | City of Philadelphia Pioneer, Lockbox #1687, PO Box 8500, Philadelphia, PA 19178-1687 |
| 14406201 | | City of Wilmington, Delaware, Department of Finance, P.O. Box 15377, Wilmington, DE 19850-5377 |
| 14406206 | | Delaware Dept. of Transportation, Payment Processing Center, P.O. Box 697, Dover, DE 19903-0697 |
| 14418198 | | LOANDEPOT.COM, C/O Thomas Song, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14441634 | + | LOANDEPOT.COM, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14418230 | + | LOANDEPOT.COM, LLC, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14406211 | | Liberty Mutual Group, PO Box 1452, New York, NY 10116-1452 |
| 14442456 | + | MIDFIRST BANK, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14406217 | + | MKT, 627 N. Market Street, Wilmington, DE 19801-3160 |
| 14406220 | + | New Castle Cnty Scl Ef, 113 W 6th St, New Castle, DE 19720-5070 |
| 14406221 | | PA Dept of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14406223 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14406222 | + | Pennsylvania Turnnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14406224 | + | Philadelphia Traffic Court, P.O. Box 12866, Philadelphia, PA 19176-0866 |
| 14406225 | | Pioneer Credit Recovery, Inc., P.O. Box 187, Arcade, NY 14009-0187 |
| 14406226 | + | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14454026 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14406229 | + | The Anastasio Law Firm, LLC, 1221 Locust Street, Suite 201, Philadelphia, PA 19107-5570 |
| 14559139 | + | loanDepot.com, LLC, c/o Daniel P. Jones, Esq., Stern & Eisenberg Mid-Atlantic, PC, 500 Creek View Road, Suite 304, Newark, DE 19711-8549 |
| 14558861 | + | loanDepot.com, LLC, c/o Daniel P. Jones, Esquire, Stern & Eisenberg Mid-Atlantic, PC, 500 Creek View Road, Suite 304, Newark, DE 19711-8549 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14406188 | + | Email/Text: backoffice@affirm.com | Nov 30 2022 00:09:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14406189 | | Email/Text: kristin.villneauve@allianceoneinc.com | Nov 30 2022 00:09:00 | Alliance One Receivable Management, PO Box 3106, Southeastern, PA 19398-3106 |
| 14406193 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 30 2022 00:09:00 | CarMax Auto Finance, Attn: Bankruptcy, Po Box 440609, Kennesaw, GA 30160 |
| 14408361 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 30 2022 00:09:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 14406195 | | Email/Text: megan.harper@phila.gov | Nov 30 2022 00:09:00 | City of Philadelphia, Dept. of Revenue, P.O. Box 1630, Philadelphia, PA 19105-1630 |
| 14406197 | | Email/Text: megan.harper@phila.gov | Nov 30 2022 00:09:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14485772 | | Email/Text: megan.harper@phila.gov | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 30 2022 00:09:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14406200 | | Email/Text: megan.harper@phila.gov | Nov 30 2022 00:09:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14484106 | | Email/Text: megan.harper@phila.gov | Nov 30 2022 00:09:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14492255 | | Email/Text: megan.harper@phila.gov | Nov 30 2022 00:09:00 | Water Revenue Bureau, c/o Joshua Domer, Esq., Municipal Services Building, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14428108 | + | Email/Text: documentfiling@lciinc.com | Nov 30 2022 00:09:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14406191 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2022 00:15:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14406192 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2022 00:15:54 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14406194 | | Email/Text: megan.harper@phila.gov | Nov 30 2022 00:09:00 | City of Philadelphia, Department of Revenue, P.O. Box 148, Philadelphia, PA 19105-0148 |
| 14406196 | + | Email/Text: bankruptcy@philapark.org | Nov 30 2022 00:09:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14406199 | + | Email/Text: megan.harper@phila.gov | Nov 30 2022 00:09:00 | City of Philadelphia, Dept. of Revenue, Municipal Services Building Concourse, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 14406202 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2022 00:09:00 | Comenity - Overstock.com, PO Box 659707, San Antonio, TX 78265-9707 |
| 14406203 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 30 2022 00:09:00 | Convergent Outsourcing, Inc., Po Box 9004, Renton, WA 98057-9004 |
| 14406204 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 30 2022 00:09:00 | Credit Collection Services, Po Box 710, Norwood, MA 02062-0710 |
| 14406205 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 30 2022 00:09:00 | Credit Collection Services, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 14406207 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2022 00:15:55 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14441641 | | Email/Text: bnc-quantum@quantum3group.com | Nov 30 2022 00:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14406208 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 30 2022 00:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14406209 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 30 2022 00:15:50 | JP Morgan Chase Bank, 201 N. Central Avenue, Phoenix, AZ 85004 |
| 14411963 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2022 00:15:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14406214 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2022 00:15:50 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14406213 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2022 00:15:50 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14441985 | + | Email/Text: Documentfiling@lciinc.com | Nov 30 2022 00:09:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14406210 | + | Email/Text: Documentfiling@lciinc.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 30 2022 00:09:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 14406212 | + | Email/Text: bknotification@loandepot.com | Nov 30 2022 00:09:00 | Loandepot.com, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 14440798 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 30 2022 00:15:54 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14438823 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2022 00:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14406215 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2022 00:09:00 | Midland Credit Management, Inc., P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 14406216 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 30 2022 00:15:58 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14406218 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 30 2022 00:09:00 | NCC Business Svcs Inc, Attn: Bankruptcy, 9428 Baymeadows Rd. Suite 200, Jacksonville, FL 32256-7912 |
| 14435409 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2022 00:15:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14418984 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2022 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14409701 | + | Email/Text: bankruptcy@philapark.org | Nov 30 2022 00:09:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14406227 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2022 00:15:51 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14406228 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:15:50 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406230 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 30 2022 00:09:00 | Transworld Systems, Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14454025 | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 14406219 | *+ | NCC Business Svcs Inc, Attn: Bankruptcy, 9428 Baymeadows Rd. Suite 200, Jacksonville, FL 32256-7912 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor LOANDEPOT.COM LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Allen Baxter III dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor LOANDEPOT.COM LLC jblank@pincuslaw.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor LOANDEPOT.COM LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| THOMAS SONG | on behalf of Creditor LOANDEPOT.COM LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Allen Baxter, III
    Debtor(s)

Chapter: 13

Bankruptcy No: 19−16493−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this November 29, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                          Ashely M. Chan
                          Judge ,
                          United States Bankruptcy Court

106
Form 155