IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Allen Baxter, III | : | No. 19-16493-AMC |
| Debtor | : | |

### ORDER

AND NOW, this 21st day of November, 2023, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the Debtor's confirmed plan is modified and the modified plan filed as a proposed modified plan on the docket shall be the new plan.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE