IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                        :        Chapter 13

Allen Baxter, III             :        Case No. 19-16493-AMC
xxx-xx-9829
      Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

The future earnings of the above named Debtor is subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED that the Employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of

**$645.50 EVERY WEEK**

The Employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

All prior Wages Orders are TERMINATED.

_____    12/1/23
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:          David M. Offen Esquire
Kenneth E. West, Esquire         The Curtis Center
Chapter 13 Trustee               601 Walnut Street, Suite 160 West
PO Box 1799                      Philadelphia, PA 19106
Memphis, TN 38101-1799           (215) 625-9600

Payroll Controller
Saks Fifth Avenue, LLC
225 Liberty Street
New York, NY 10281