**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Allen Baxter III | : | NO. 19-16493-amc |

**ORDER**

**AND NOW**, this 30th day of July, 2024, upon consideration of the Motion to Sell Real Property filed by Debtor, upon notice to all interested parties, and any response thereto, it is hereby

**ORDERED**, that Debtor is authorized to sell his/her real property located at 2202 S 56th Street, Philadelphia, PA 19143 ("Property"), with all liens to be paid at closing, for the sale price of $73,500.000 (seventy three thousand five hundred dollars), pursuant to the terms of a certain real estate agreement of sale to the buyer(s) thereunder, Prime Cash Offer, LLC ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

After paying all liens in full and all costs of sale, the title clerk shall pay to the Chapter 13 Trustee, proceeds sufficient to pay off the plan with a 100% distribution to unsecured creditors in the amount of $11,000.00. The balance of sales proceeds after all the above distributions shall be paid to the Debtor, Allen Baxter III as sole owner(s) of the property.

The title clerk shall email settlementsheet@ph13trustee.com a completed HUD 1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall email or fax a copy of the disbursement check to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE