UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Allen Baxter III | : | |
| | : | |
| Debtor(s) | : | |
| | : | |
| | : | Bankruptcy No. 19-16493 AMC |

**NOTICE OF MOTION, RESPONSE, DEADLINE AND HEARING DATE**

Kenneth E. West, Chapter 13 standing trustee, has filed a Motion Alternative Disbursement in the above-captioned chapter 13 bankruptcy case for the reason(s) listed in the enclosed Motion.

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then fourteen days (14) prior to the date of the hearing listed in paragraph 3 of this notice, you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

    U.S. Bankruptcy Court
    900 Market Street - Suite 400
    Philadelphia, PA 19107

    (b) mail a copy to the movant's attorney :

    Kenneth E. West
    Chapter 13 Standing Trustee
    190 N. Independence Mall West
    Suite 701
    Philadelphia, PA 19106
    Telephone: (215) 627-1377

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the enclosed Motion.

3. **A hearing on the Motion** is scheduled to be held on **2/18/2025, at 11:00AM telephonically** before the Honorable Chief Judge Ashely M. Chan **- 1-646-828-7666 Meeting ID. 160 6807 8081**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.