## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**  Allen Baxter III          :          **Chapter** 13

                                        :

          **Debtor**                    :          **Bky. No.** 19-16493 AMC

## CERTIFICATION OF SERVICE

I, Kenneth E. West, Esquire          , certify that on 12/23/2024 , I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Trustee's Motion for Alternative Disbursement

- Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: December 23, 2024              /s/ Kenneth E. West, Esq.

                                      ## Kenneth E. West, Esq.

                                      Standing Chapter 13 Trustee
                                      190 N. Independence Mall West
                                      Suite 701
                                      Philadelphia, PA 19106

Mailing List Exhibit: (Check all that apply. If via e-mail, include email address. Continue to the next page if necessary.)

***Debtor***
**Allen Baxter, III**
6923 Greenway Avenue
Philadelphia, PA 19142

Via:    ☐ CM/ECF    ☒ 1ˢᵗ Class Mail ☐ Certified Mail ☐ e-mail    ☐ Other

***Attorney***
**DAVID M. OFFEN**
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Via:    ☒ CM/ECF    ☐ 1ˢᵗ Class Mail ☐ Certified Mail ☐ e-mail    ☐ Other

***U.S. Trustee***
**United States Trustee**
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

Via:    ☒ CM/ECF    ☐ 1ˢᵗ Class Mail ☐ Certified Mail ☐ e-mail    ☐ Other