*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Allen Baxter, III
    Debtor(s)

Case No: 19–16493–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Debtor Allen Baxter III Objection to Certification of Default filed by Creditor MIDFIRST BANK

on: 2/11/25

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date: 1/21/25

Timothy B. McGrath
Clerk of Court

149 – 148
Form 167