**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Allen Baxter, III | : | No. 19-16493-amc |
| Debtor | : | |

**AMENDED CERTIFICATION OF SERVICE**

I, David M. Offen, certify that on February 3, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- **SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
- **PROPOSED ORDER APPROVING COUNSEL FEES**
- **NOTICE OF APPLICATION FOR COUNSEL FEES**

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: February 3, 2025          /s/ David M. Offen
                                  David M. Offen, Esquire
                                  Attorney for Debtor(s)
                                  The Curtis Center
                                  601 Walnut Street, Suite 160 West
                                  Philadelphia, PA 19106
                                  215-625-9600
                                  info@offenlaw.com

_____

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Allen Baxter, III
6923 Greenway Avenue
Philadelphia, PA 19142
**Debtor via 1st Class Mail**

Office of the United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee via CM/ECF**

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com
**Trustee via CM/ECF**

JEROME B. BLANK
Sidkoff, Pincus & Green P.C.
Fashion District Philadelphia
1101 Market St #2700
Philadelphia, PA 19107
jblank@pincuslaw.com, mmorris@pincuslaw.com
on behalf of **Creditor** LOANDEPOT.COM, LLC **via CM/ECF**

MARIO J. HANYON
Brook & Scott PLLC
2011 Renaissance Boulevard, Suite 100
King of Prussia, PA 19406- 2782
wbecf@brockandscott.com, mario.hanyon@brockandscott.com
on behalf of **Creditor** LOANDEPOT.COM, LLC **via CM/ECF**

DANIEL P. JONES
Stern & Eisenberg
1581 Main Street, Suite 200
Warrington, PA 18976
djones@sterneisenberg.com, bkecf@sterneisenberg.com
on behalf of **Creditor** LOANDEPOT.COM, LLC **via CM/ECF**

THOMAS SONG
tomysong0@gmail.com
on behalf of **Creditor** LOANDEPOT.COM, LLC **via CM/ECF**


DENISE ELIZABETH CARLON
KLM Law Group PC
Mellon Independence Center

701 Market Street, Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com
on behalf of **Creditor** MIDFIRST BANK **via CM/ECF**

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595
JOSHUA DOMER
joshua.domer@phila.gov, Edelyne.Jean-Baptiste@Phila.gov
on behalf of **Creditor** City of Philadelphia **via CM/ECF**

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
GREENVILLE, SC 29603-0587
**Creditor via 1st Class Mail**

CarMax Auto Finance dba CarMax Business Services,
225 Chastain Meadows Court, Suite 210
Kennesaw, GA 30144
caf_bankruptcy_department@carmax.xom
**Creditor via e-mail**

PGW
Credit and Collections Department
800 W. Montgomery Avenue, 3rd Floor
Philadelphia, PA 19122
**Creditor via 1st Class Mail**

Philadelphia Parking Authority
701 Market St, Suite 5400
Philadelphia, Pa 19106
nmurphy@philapark.org
**Creditor via e-mail**

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
askbk@resurgent.com
**Creditor via e-mail**

Pennsylvania Department of Revenue
Bankruptcy Division
P O Box 280946
Harrisburg PA 17128-0946
**Creditor via 1st Class Mail**

COMCAST

PO BOX 1931
Burlingame, CA 94011
DocumentFiling@lciinc.com
**Creditor via e-mail**

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541
Bankruptcy_Info@portfoliorecovery.com
**Creditor via e-mail**

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090
bankruptcydm@mcmcg.com
**Creditor via e-mail**

MidFirst Bank
999 Northwest Grand Boulevard
Oklahoma City, OK 73118
**Creditor via 1st Class Mail**

LOANDEPOT.COM, LLC
CENLAR FSB
BK Department
425 PHILLIPS BLVD.
EWING NJ 08618
bankruptcydepartment@Cenlar.com
**Creditor via e-mail**

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657
claims@quantum3group.com
**Creditor via e-mail**

Police and Fire Federal Credit Union
Greenwood One
3333 Street Road
Bensalem, PA 19020
Cantwellf@PFFCU.org
**Creditor via e-mail**

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595
Pamela.Thurmond@Phila.gov
**Creditor via e-mail**

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101
john.F.Lindinger@irs.gov
```
**Creditor via e-mail**