Certificate Number: 12433-PAE-DE-039363801

Bankruptcy Case Number: 19-16493



12433-PAE-DE-039363801

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 21, 2025, at 2:51 o'clock PM EST, Allen Baxter, III completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 21, 2025          By:    /s/Lisa Susoev

                                   Name:  Lisa Susoev

                                   Title: Teacher