IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Allen Baxter, III | : | No.   18-13763-amc |
| Debtor | : | |

CERTIFICATION OF NO RESPONSE TO
SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES

  I hereby certify that I have received no answer, objection or other responsive pleading to the Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.


Dated: 02/25/2025           /s/ David M. Offen
                                        David M. Offen
                                        Attorney for Debtor(s)
                                        The Curtis Center
                                        601 Walnut Street, Suite 160 West
                                        Philadelphia, PA 19106
                                        215-625-9600
                                        info@offenlaw.com