**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Allen Baxter, III | : | No. 19-16493-amc |
| Debtor | : | |

**ORDER APPROVING COUNSEL FEES**

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $4,500.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the Modified Plan.

_____                    _____
**DATED**                         **HONORABLE ASHELY M. CHAN**
                                  **CHIEF UNITED STATES BANKRUPTCY JUDGE**

**Date: February 27, 2025**