United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16493-amc |
| Allen Baxter, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 03, 2025 | Form ID: 138OBJ | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Baxter, III, 6923 Greenway Avenue, Philadelphia, PA 19142-1117 |
| 14406198 | | City of Philadelphia Pioneer, Lockbox #1687, PO Box 8500, Philadelphia, PA 19178-1687 |
| 14406201 | | City of Wilmington, Delaware, Department of Finance, P.O. Box 15377, Wilmington, DE 19850-5377 |
| 14418198 | | LOANDEPOT.COM, C/O Thomas Song, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14441634 | + | LOANDEPOT.COM, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14418230 | + | LOANDEPOT.COM, LLC, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14406211 | | Liberty Mutual Group, PO Box 1452, New York, NY 10116-1452 |
| 14442456 | + | MIDFIRST BANK, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14406217 | + | MKT, 627 N. Market Street, Wilmington, DE 19801-3160 |
| 14406220 | + | New Castle Cnty Scl Ef, 113 W 6th St, New Castle, DE 19720-5070 |
| 14406221 | | PA Dept of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14406224 | + | Philadelphia Traffic Court, P.O. Box 12866, Philadelphia, PA 19176-0866 |
| 14406225 | | Pioneer Credit Recovery, Inc., P.O. Box 187, Arcade, NY 14009-0187 |
| 14406229 | + | The Anastasio Law Firm, LLC, 1221 Locust Street, Suite 201, Philadelphia, PA 19107-5570 |
| 14559139 | + | loanDepot.com, LLC, c/o Daniel P. Jones, Esq., Stern & Eisenberg Mid-Atlantic, PC, 500 Creek View Road, Suite 304, Newark, DE 19711-8549 |
| 14558861 | + | loanDepot.com, LLC, c/o Daniel P. Jones, Esquire, Stern & Eisenberg Mid-Atlantic, PC, 500 Creek View Road, Suite 304, Newark, DE 19711-8549 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14406188 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 04 2025 03:18:09 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14406189 | | Email/Text: kristin.villneauve@allianceoneinc.com | Mar 04 2025 01:41:00 | Alliance One Receivable Management, PO Box 3106, Southeastern, PA 19398-3106 |
| 14406190 | + | Email/Text: Bankruptcy@BAMcollections.com | Mar 04 2025 01:41:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 14406193 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 04 2025 01:41:00 | CarMax Auto Finance, Attn: Bankruptcy, Po Box 440609, Kennesaw, GA 30160 |
| 14408361 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 04 2025 01:41:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 14406195 | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | City of Philadelphia, Dept. of Revenue, P.O. Box 1630, Philadelphia, PA 19105-1630 |
| 14406197 | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA |

Case 19-16493-amc    Doc 162    Filed 03/05/25    Entered 03/06/25 00:40:43    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2025 | Form ID: 138OBJ | Total Noticed: 64 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14485772 | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14406200 | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14484106 | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14492255 | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | Water Revenue Bureau, c/o Joshua Domer, Esq., Municipal Services Building, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14428108 | + | Email/Text: documentfiling@lciinc.com | Mar 04 2025 01:41:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14406191 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2025 03:17:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14406192 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2025 03:28:49 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14406194 | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | City of Philadelphia, Department of Revenue, P.O. Box 148, Philadelphia, PA 19105-0148 |
| 14406196 | + | Email/Text: bankruptcy@philapark.org | Mar 04 2025 01:42:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14406199 | + | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | City of Philadelphia, Dept. of Revenue, Municipal Services Building Concourse, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 14406202 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2025 01:41:00 | Comenity - Overstock.com, PO Box 659707, San Antonio, TX 78265-9707 |
| 14406203 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 04 2025 01:42:55 | Convergent Outsourcing, Inc., Po Box 9004, Renton, WA 98057-9004 |
| 14406204 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 04 2025 01:42:00 | Credit Collection Services, Po Box 710, Norwood, MA 02062-0710 |
| 14406205 | | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 04 2025 01:42:00 | Credit Collection Services, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 14406207 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2025 03:18:25 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14406206 | ^ | MEBN | Mar 04 2025 01:15:30 | Delaware Dept. of Transportation, Payment Processing Center, P.O. Box 697, Dover, DE 19903-0697 |
| 14441641 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2025 01:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14406208 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 04 2025 01:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14406209 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2025 03:28:40 | JP Morgan Chase Bank, 201 N. Central Avenue, Phoenix, AZ 85004-0905 |
| 14411963 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2025 03:18:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14406214 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2025 03:17:09 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14406213 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2025 03:18:04 | LVNV Funding/Resurgent Capital, Attn: |

Case 19-16493-amc   Doc 162   Filed 03/05/25   Entered 03/06/25 00:40:43   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2025 | Form ID: 138OBJ | Total Noticed: 64 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14441985 | + | Email/Text: Documentfiling@lciinc.com | Mar 04 2025 01:41:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14406210 | + | Email/Text: Documentfiling@lciinc.com | Mar 04 2025 01:41:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 14406212 | + | Email/Text: bknotification@loandepot.com | Mar 04 2025 01:42:00 | Loandepot.com, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 14440798 | + | Email/Text: bkmail@midfirst.com | Mar 04 2025 01:41:00 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14438823 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2025 01:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14406215 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2025 01:41:00 | Midland Credit Management, Inc., P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 14406216 | + | Email/Text: bkmail@midfirst.com | Mar 04 2025 01:41:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14406218 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 04 2025 01:42:00 | NCC Business Svcs Inc, Attn: Bankruptcy, 9428 Baymeadows Rd. Suite 200, Jacksonville, FL 32256-7912 |
| 14406221 | ^ | MEBN | Mar 04 2025 01:15:40 | PA Dept of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14406223 | ^ | MEBN | Mar 04 2025 01:15:27 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14435409 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2025 03:59:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14418984 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2025 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14406222 | ^ | MEBN | Mar 04 2025 01:15:32 | Pennsylvania Turnnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14409701 | + | Email/Text: bankruptcy@philapark.org | Mar 04 2025 01:42:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14406226 | + | Email/Text: bankruptcy1@pffcu.org | Mar 04 2025 01:41:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14454026 | + | Email/Text: bankruptcy1@pffcu.org | Mar 04 2025 01:41:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14406227 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2025 03:17:09 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14406228 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2025 03:28:44 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406230 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 04 2025 01:42:00 | Transworld Systems, Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14454025 | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 03, 2025 | Form ID: 138OBJ | Total Noticed: 64

14406219        *+        NCC Business Svcs Inc, Attn: Bankruptcy, 9428 Baymeadows Rd. Suite 200, Jacksonville, FL 32256-7912

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

**Name**        **Email Address**

DANIEL P. JONES
    on behalf of Creditor LOANDEPOT.COM LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

DAVID M. OFFEN
    on behalf of Debtor Allen Baxter III dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
    on behalf of Creditor LOANDEPOT.COM LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

JOSHUA DOMER
    on behalf of Creditor City of Philadelphia joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor LOANDEPOT.COM LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

THOMAS SONG
    on behalf of Creditor LOANDEPOT.COM LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

Form 138OBJ (6/24)−doc 161 − 159

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Allen Baxter III ) | Case No. 19−16493−amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 3, 2025

For The Court

Timothy B. McGrath
Clerk of Court