United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16493-amc

Allen Baxter, III  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Apr 11, 2025  Form ID: pdf900  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Baxter, III, 6923 Greenway Avenue, Philadelphia, PA 19142-1117 |
| cr | + | MIDFIRST BANK, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:

**Name**  **Email Address**

DANIEL P. JONES
    on behalf of Creditor LOANDEPOT.COM  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

DAVID M. OFFEN
    on behalf of Debtor Allen Baxter  III dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
    on behalf of Creditor LOANDEPOT.COM  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

JOSHUA DOMER
    on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 11, 2025 | Form ID: pdf900 | Total Noticed: 2 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor LOANDEPOT.COM  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

THOMAS SONG
    on behalf of Creditor LOANDEPOT.COM  LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Allen Baxter, III <br> _Debtor(s)_ | Chapter 13 |
| MIDFIRST BANK <br> _Movant_ <br> v. <br> Allen Baxter, III <br> _Debtor(s)_ | NO. 19-16493 AMC |
| Kenneth E. West <br> _Trustee_ | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this         day of          , 2025 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on July 12, 2024, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 2202 S. 56th Street, Philadelphia, PA 19143 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: April 11, 2025**

_____
United States Bankruptcy Judge.